**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dora Garcia CISNEROS, Defendant–Appellant.**

No. 98–40955.

United States Court of Appeals, Fifth Circuit.

Feb. 24, 2000.

James Lee Turner (argued), Paula Camille Offenhauser, Asst. U.S. Atty., Houston, TX, for Plaintiff–Appellee.

David L. Botsford (argued), Austin, TX, J.A. Canales, Jo Ellen Hewins, Canales & Simonson, Corpus Christi, TX, for Defendant–Appellant.

Before KING, Chief Judge, and JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

BY THE COURT:

A majority of the judges in active service having determined, on the court's own motion, to rehear this case en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed,

IT IS FURTHER ORDERED that this cause shall be consolidated for purposes of briefing and argument with No. 98–40568, United States of America vs. Betty Louise Marek. The Clerk will specify a briefing schedule for the filing of supplemental briefs.